FILED
CLERK, U.S. DISTRICT COURT
JUN 2 4 2011
CENTRAL DISTRICT OF CALIFORNIA
BY ___

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>v.<br>MICHAEL RAYMOND LUJAN,<br>　　　　Defendant. | Case No.: CR 00-00900-GHK<br>ORDER OF DETENTION<br>[Fed. R. Cim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)] |

　　　The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _Central District of California_ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

　　　The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a);

　　　The Court finds that:

A.　　( ) The defendant has not met his/her burden of established by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _____

_____

_____

_____

　　　and/or

B. (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: nature of the offenses; criminal record

IT IS THEREFORE ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: June 24, 2011

ALICIA G. ROSENBERG
United States Magistrate Judge